IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| JERRY L. GENTRY,<br>ADC #610372 | | PLAINTIFF |
| v. | 4:22-cv-00057-KGB-JJV | |
| SAMUEL PITTS, Jailer-CO; and<br>WILLIAM HOLMES, Jail Administrator,<br>Columbia County Detention Center | | DEFENDANTS |

### ORDER

Jerry L. Gentry has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging his constitutional rights were violated in Columbia County, Arkansas. (Doc. 1.) The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred in Columbia County. And, according to the Complaint, Defendant resides there. Columbia County is located in the United States District Court for the Western District of Arkansas. The Court concludes the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas.

DATED this 24th day of January 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE